IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE:     TOMMY F. ROBINSON

CASE NO.  4:07mc00005 JMM

WILDLIFE FARMS II, LLC,                                           RESPONDENTS
BILL THOMPSON & BOYD ROTHWELL

ORDER

Respondents have filed a motion to consolidate the above case with case number 4:07mc00006 SWW, stating the motions for leave to appeal are based on the same Contempt Order entered in the United States Bankruptcy Court, case number 2:05-BK-13915M.

The motion to consolidate (docket entry #2) is granted. The above case is designated as the lead case and the parties should file all pleadings in this case only.

IT IS SO ORDERED THIS 3rd day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE