IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION AND HELENA DIVISION

IN RE: TOMMY F. ROBINSON

CASE NO. 4:07MC00005 JMM
CASE NO. 4:07MC00006 JMM
CASE NO. 4:07CV000489 JMM
CASE NO. 2:07CV000089 JMM
CASE NO. 2:07CV000129 JMM
CASE NO. 2:07CV000130 JMM
CASE NO. 2:07MC000001 JMM
CASE NO. 2:08CV000014 JMM

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Tommy Robinson's and Roy C. Lewellen's interlocutory appeals are dismissed as moot.

The bankruptcy court's denial of discharge for Tommy and Carolyn Robinson is affirmed.

Judgment is entered in favor of Wildlife Farms, Bill Thompson, and Boyd Rothwell against Sheila Campbell, Roy C. Lewellen, and Tommy Robinson, jointly and severally, in the amount of $18,829.53 and judgment is entered in favor of Bill Thompson and Boyd Rothwell against Sheila Campbell and Roy C. Lewellen, jointly and severally in the amount of $10,000.00 each.

The bankruptcy court's finding of a Bankruptcy Rule 9011 violation by Sheila Campbell is reversed. The entry of judgment in favor of Wildlife Farms, Bill Thompson, and Boyd Rothwell against Sheila Campbell in the amount of $9,652.45 and the entry of judgment in favor of Bill Thompson and Boyd Rothwell against Sheila Campbell of $2,000.00 each is vacated.

The bankruptcy court's denial of Tommy Robinson's *pro se* motion is affirmed.

IT IS SO ORDERED THIS  10   day of    April  , 2008.

James M. Moody
United States District Judge